UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>STEVEN D. BAXTER and<br>WENDY BAXTER,<br>　　　　Debtors. | District Court Appellate Case No.<br>1:07-cv-00913-WKW |
| CURTIS C. REDING, STANDING<br>CHAPTER 13 TRUSTEE FOR THE<br>MIDDLE DISTRICT OF ALABAMA,<br>　　　Appellant, | |
| | Bankruptcy Court Chapter 13 Case No.<br>06-10672-DHW-13 |
| v. | |
| STEVEN D. BAXTER and<br>WENDY BAXTER,<br>　　　Appellees. | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CONFLICT DISCLOSURE STATEMENT
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Appellant, by and through the undersigned counsel in accordance with the Order

of this Court, makes the following disclosure concerning parent companies, subsidiaries,

partners, limited liability entity members and managers, trustees, affiliates, or similar

entities reportable under the provisions of the Middle District of Alabama's General

Order no. 3047:

1.      The appellant is an individual and the relationship to the party is hereby reported:

2.      The appellant is the Standing Chapter 13 Trustee for the Middle District of Alabama and as such is currently administering the chapter 13 estate of the appellees, Steven D. and Wendy Baxter.

The appellant, pursuant to 11th Cir. R. 26.1-1 and Middle District General Order no. 3047 further hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

1.   Steven D. Baxter – Debtor/Appellee

2.   Wendy Baxter – Debtor/Appellee

3.   Curtis C. Reding, Standing Chapter 13 Trustee for the Middle District of Alabama/Appellant

4.   Michael D. Brock – Counsel for Debtors/Appellees

5.   David G. Poston – Counsel for Debtors/Appellees

6.   Sabrina L. McKinney – Staff Attorney for Trustee/Appellant

7.   The Honorable Dwight H. Williams, Jr. – United States Bankruptcy Judge, Middle District of Alabama

8.   Teresa R. Jacobs, United States Bankruptcy Administrator, Middle District of Alabama

Done and dated this 17th day of October, 2007.

Curtis C. Reding
Standing Chapter 13 Trustee

By:  /s/ Sabrina L. McKinney
Sabrina L. McKinney (ASB-3162-I71S)
Staff Attorney for Chapter 13 Trustee

2

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
(334) 262-8371 phone
(334) 834-7635 fax
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CONFLICT DISCLOSURE STATEMENT, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT has been served upon the parties listed below via either electronic filing, electronic mail or U.S. Mail, postage prepaid and properly addressed, this the 17th day of October, 2007:

Steven D. and Wendy Baxter, Debtors (via U.S. Mail)
19 Baxter Station
Louisville, AL  36048

Michael D. Brock and
David G. Poston (via Electronic Filing)
Counsel for Debtors
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167

Teresa R. Jacobs (via Electronic Mail)
Unites States Bankruptcy Administrator
Middle District of Alabama, Northern Division
P.O. Box 1248
Montgomery, AL  36102

/s/ Sabrina L. McKinney
Sabrina L. McKinney