IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>STEVEN D. BAXTER and<br>WENDY BAXTER,<br>    Debtors. | Civil Docket Case No. 1:07-cv-00913-WKW |
| CURTIS C. REDING, STANDING<br>CHAPTER 13 TRUSTEE FOR THE<br>MIDDLE DISTRICT OF ALABAMA,<br>    Appellant,<br><br>v.<br><br>STEVEN D. BAXTER and<br>WENDY BAXTER,<br>    Appellees. | Chapter 13 Case No. 06-10672-DHW |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**APPELLANT'S SUPPLEMENT TO DESIGNATION OF ITEMS
TO BE INCLUDED
IN THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

COMES NOW Curtis C. Reding, Standing Chapter 13 Trustee for the Middle District of Alabama, by and through the undersigned counsel, and having filed a Notice of Appeal pursuant to 28 U.S.C. §158(a)(1) and (d)(1) and FED. R. BANK. P. 8001, from the Memorandum Opinion and Order of the United States Bankruptcy Court for the Middle District of Alabama on the Trustee's motion to modify debtors' plan entered on

August 21, 2007, and hereby submits the following supplement to the Designation of Items to be included in the record on appeal. In support of this supplemental designation of the record on appeal, your Appellant states that the original designation of the record on appeal contained on its final entry that a copy of the docket sheet for the chapter 13 case number 06-10672-DHW would be included in the record on appeal. Upon inspection of the items transmitted from the clerk of the Bankruptcy Court to the Clerk of of the District Court, it is noted that the docket sheet was not transmitted to with the record on appeal. This item should have been included with the original designation and transmittal of the record, but for some reason was not included. Your Appellant moves to supplement the record on appeal to attach to the District Court's record on appeal, the following pursuant to FED. R. BANK. P. 8006:

**Supplement to Designation of Items to be Included in the Record on Appeal**

| Docket Item | Filing Date | Docket Text |
|---|---|---|
| | | Docket sheet for chapter 13 Case #06-10672-DHW-13 |

Respectfully submitted this 18th day of October, 2007.

                                        Curtis C. Reding
                                        Standing Chapter 13 Trustee

                                  By: /s/ Sabrina L. McKinney
                                      Sabrina L. McKinney (ASB-3162-I71S)
                                      Staff Attorney for Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
(334) 262-8371 phone
(334) 834-7635 fax
Email: mckinneys@ch13mdal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Appellant's Supplemental Designation of Items to be Included in the Record and Statement of Issues on Appeal has been served upon the parties listed below either by electronic filing, electronic mail, or by U.S. Mail, first-class postage prepaid, this the 18th day of October, 2007:

Steven D. and Wendy Baxter, Debtors (via U.S. Mail)
19 Baxter Station
Louisville, AL  36048

Michael D. Brock and (via electronic filing)
David G. Poston
Counsel for Debtors
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167

Teresa R. Jacobs (via electronic mail)
Unites States Bankruptcy Administrator
Middle District of Alabama
One Church Street
Montgomery, AL  36104

                                      /s/ Sabrina L. McKinney
                                      Sabrina L. McKinney

**DebtEdJT, DebtEd, APPEAL**

# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF ALABAMA (Dothan)
### Bankruptcy Petition #: 06-10672

*Assigned to:* Dwight H. Williams Jr.  *Date Filed:* 07/11/2006
Chapter 13
Voluntary
Asset

| | |
|---|---|
| *Debtor* | represented by **David-CR G. Poston** |
| **Steven D. Baxter** | Brock & Stout |
| 19 Baxter Station | P.O. Drawer 311167 |
| Louisville, AL 36048 | Enterprise, AL 36331-1167 |
| SSN: xxx-xx-2377 | 334-393-4357 |
| | Fax : 334-393-0026 |
| | Email: |
| | david@circlecitylaw.com |
| | |
| | **Michael-AH D. Brock** |
| | Brock & Stout |
| | PO Drawer 311167 |
| | Enterprise, AL 36331 |
| | 334-393-4357 |
| | Fax : 334-393-0026 |
| | Email: |
| | brockstout@enter.twcbc.com |
| | |
| *Joint Debtor* | represented by **David-CR G. Poston** |
| **Wendy Baxter** | (See above for address) |
| 19 Baxter Station | |
| Louisville, AL 36048 | **Michael-AH D. Brock** |
| SSN: xxx-xx-3512 | (See above for address) |

*Bankruptcy Admin.*
**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

*Trustee*    represented by **Sabrina L. McKinney**

**Curtis C. Reding**  
P. O. Box l73  
Montgomery, AL 36l0l  
334 262-837l  

P. O. Box 173  
Montgomery, AL 36101  
334-262-8371  
Fax : 334-834-7635  
Email: mckinneys@ch13mdal.com  

| Filing Date | # | Docket Text |
|---|---|---|
| 07/11/2006 | 1 | Chapter 13 Voluntary Petition. Fee Amount $50. filed by Michael-AH D. Brock of Brock & Stout on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 2 | Chapter 13 Plan. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. (Case Upload) filed by Michael-AH D. Brock of Brock & Stout on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 3 | Certificate of Credit Counseling for Debtor (CaseUpLoad) filed by Michael-AH D. Brock of Brock & Stout on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 4 | Certificate of Credit Counseling for Joint Debtor (CaseUpLoad) filed by Michael-AH D. Brock of Brock & Stout on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 5 | Declaration re: Electronic Filing (CaseUpLoad) filed by Michael-AH D. Brock of Brock & Stout on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 6 | Employee Income Records Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 7 | Employee Income Records for Joint Debtor Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |

| | | |
|---|---|---|
| 07/11/2006 | 8 | Application to Pay Filing Fee in Installments . Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 9 | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 10 | Venue Change Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 11 | Certification Regarding 522(q) Exemptions Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 12 | Motion for Adequate Protection Payments to the Trustee Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Brock, Michael-AH) (Entered: 07/11/2006) |
| 07/11/2006 | 13 | Receipt of Chapter 13 Voluntary Petition (fee)- case upload(06-10672) [caseupld,1305u] ( 50.00) filing fee. Receipt number 1889975, amount $ 50.00. (U.S. Treasury) (Entered: 07/11/2006) |
| 07/12/2006 | 14 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 08/30/2006 at 01:30 PM in Dothan Federal Courthouse, U.S. Bankruptcy Court. Confirmation hearing to be held 10/04/2006 at 11:00 AM in Dothan Federal Courthouse, U.S. Bankruptcy Court. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 11/28/2006. (Entered: 07/12/2006) |
| 07/12/2006 | 15 | Order Approving Payment of Filing Fee Installments (Certificate of Service will be filed within 5 days) Entered On 7/12/2006. Final Installment Payment due by 11/9/2006. (JI, ) (Entered: 07/12/2006) |
| 07/12/2006 | 16 | Order Granting Motion For Adequate Protection Payments to the Trustee (Related Doc # 12) Entered On 7/12/2006. (JI, ) (Entered: 07/12/2006) |
| 07/14/2006 | 17 | BNC Certificate of Service - Meeting of Creditors - (RE: related |

|  |  |  |
|---|---|---|
|  |  | document(s)14 Auto Assign Meeting of Creditors-Ch 13, ). No. of Notices: 22. Service Date 07/14/2006. (Admin.) (Entered: 07/15/2006) |
| 07/14/2006 | 18 | BNC Certificate of Service - See Image Attached - (RE: related document(s)16 Order on Motion for Adequate Protection Payments to the Trustee). No. of Notices: 2. Service Date 07/14/2006. (Admin.) (Entered: 07/15/2006) |
| 07/14/2006 | 19 | BNC Certificate of Service - Order Approving Payment of Filing Fee Installments - (RE: related document(s)15 Order Approving Payment of Filing Fee Installments). No. of Notices: 2. Service Date 07/14/2006. (Admin.) (Entered: 07/15/2006) |
| 07/14/2006 | 20 | BNC Certificate of Service - Chapter 13 Plan - (RE: related document(s)2 Chapter 13 Plan - Case Upload, ). No. of Notices: 26. Service Date 07/14/2006. (Admin.) (Entered: 07/15/2006) |
| 07/28/2006 | 21 | Trustee's Income Withholding Order . (Reding, Curtis-EC) (Entered: 07/28/2006) |
| 08/03/2006 | 22 | Receipt of Chapter 13 Filing Fee - $75.00 by JT. Receipt Number 06001279. (admin) (Entered: 08/03/2006) |
| 08/10/2006 | 23 | Notice of Appearance and Request for Notice *CitiFinancial Corp* Filed by Britt-GH Griggs on behalf of c/o Parnell & Crum CitiFinancial Corp. (Griggs, Britt-GH) (Entered: 08/10/2006) |
| 08/31/2006 | 24 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)14 Auto Assign Meeting of Creditors-Ch 13, ). (Reding, Curtis-MM) (Entered: 08/31/2006) |
| 09/06/2006 | 25 | Receipt of Chapter 13 Installment Filing Fee - $75.00 by RK. Receipt Number 06001537. (admin) (Entered: 09/07/2006) |
| 10/04/2006 | 26 | Receipt of Chapter 13 Installment Filing Fee - $74.00 by RW. Receipt Number 06001760. (admin) (Entered: 10/05/2006) |
| 10/12/2006 | 27 | Trustee's Summary of Confirmed Ch 13 Plan and Request for Order Confirming Plan . (Reding, Curtis-EC) (Entered: 10/12/2006) |

| | | |
|---|---|---|
| 10/12/2006 | 28 | Order Confirming Chapter 13 Plan (Certificate of Service will be filed within 5 days) Entered On 10/12/2006 (RE: related document(s)27 Trustee's Summary of Confirmed Ch 13 Plan, 14 Auto Assign Meeting of Creditors-Ch 13, ). (JI, ) (Entered: 10/12/2006) |
| 10/14/2006 | 29 | BNC Certificate of Service - Order Confirming Ch 13 Plan - (RE: related document(s)28 Order Confirming Chapter 13 Plan). No. of Notices: 32. Service Date 10/14/2006. (Admin.) (Entered: 10/14/2006) |
| 01/16/2007 | 30 | Adversary case 07-01010. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))): Complaint against Capital One Bank, GC Services Limited Partnership. -NO FEE DUE- Filed by David-CR G. Poston, Steven D. Baxter, Wendy Baxter on behalf of Steven D. Baxter, Wendy Baxter. (Attachments: # 1 AP Cover Sheet# 2 Summons# 3 Exhibits A through E# 4 Exhibits F through I) (Poston, David-CR) (Entered: 01/16/2007) |
| 04/02/2007 | 31 | Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement *with Mailing Matrix attached.* Filed by David-CR G. Poston on behalf of Steven D. Baxter, Wendy Baxter. Responses due by 4/25/2007. (Poston, David-CR) (Entered: 04/02/2007) |
| 04/02/2007 | 32 | Application to Approve Professional Fees for David-CR G. Poston, Debtor's Attorney, Period: to, Fee: $4500.00, Expenses: $, for David-CR G. Poston, Debtor's Attorney, Period: to, Fee: $4500.00, Expenses: $. Filed by David-CR G. Poston. (DH, ) Modified on 4/5/2007 (DH, ). (Entered: 04/05/2007) |
| 04/06/2007 | 33 | Order Setting Hearing Entered On 4/6/2007 (RE: related document(s)32 Application to Approve Professional Fees, ). Hearing scheduled for 5/9/2007 at 09:30 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (DH, ) (Entered: 04/06/2007) |
| 04/08/2007 | 34 | BNC Certificate of Service - See Image Attached - (RE: related document(s)33 Order on Motion To Set Hearing). No. of Notices: 2. Service Date 04/08/2007. (Admin.) (Entered: 04/08/2007) |
| 04/12/2007 | 35 | Trustee's Response to *Motion to Compromise Controversy* Filed |

|  |  |  |
|---|---|---|
|  |  | by Curtis-SR Reding on behalf of Curtis C. Reding (RE: related document(s)31 Rule 9007-1 Motion/Notice/Objection filed by Debtor Steven D. Baxter, Joint Debtor Wendy Baxter). (Reding, Curtis-SR) (Entered: 04/12/2007) |
| 04/12/2007 | 36 | Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation *for lawsuit proceeds* Filed by Curtis-SR Reding on behalf of Curtis C. Reding. Responses due by 5/7/2007. (Reding, Curtis-SR) (Entered: 04/12/2007) |
| 04/12/2007 | 37 | Certificate of Service Filed by David-CR G. Poston on behalf of Steven D. Baxter, Wendy Baxter (RE: related document(s)33 Order on Motion To Set Hearing). (Poston, David-CR) (Entered: 04/12/2007) |
| 04/13/2007 | 38 | Notice of Hearing Set (RE: related document(s)31 Rule 9007-1 Motion/Notice/Objection to Approve Compromise or Settlement, 35 Trustee's Response to Motion to Compromise Controversy). Hearing scheduled for 5/9/2007 at 09:30 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JC, ) (Entered: 04/13/2007) |
| 04/15/2007 | 39 | BNC Certificate of Service - Hearing - (RE: related document(s)38 Hearing (Bk), Hearing (Bk)). No. of Notices: 2. Service Date 04/15/2007. (Admin.) (Entered: 04/16/2007) |
| 04/24/2007 | 40 | Debtor's Objection to *Trustee's Motion to Modify Confirmed Plan* Filed by Michael-AG D. Brock on behalf of Steven D. Baxter, Wendy Baxter (RE: related document(s)36 Rule 9007-1 Motion/Notice/Objection filed by Trustee Curtis C. Reding). (Brock, Michael-AG) (Entered: 04/24/2007) |
| 04/25/2007 | 41 | Notice of Hearing Set (RE: related document(s)36 Rule 9007-1 Motion/Notice/Objection, 40 Objection, ). Hearing scheduled for 5/9/2007 at 09:30 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JV) (Entered: 04/25/2007) |
| 04/27/2007 | 42 | BNC Certificate of Service - Hearing - (RE: related document(s)41 Hearing (Bk)). No. of Notices: 2. Service Date 04/27/2007. (Admin.) (Entered: 04/28/2007) |
| 05/11/2007 | 43 | Order Approving Settlement and Attorney' Fee (Related Doc # 31) Rule 9007-1 Motion to Approve Compromise or Settlement, 32Application to Approve Professional Fees Entered On 5/11/2007. (DH, ) Modified to add rel doc on 5/14/2007 (DH, ). |

|  |  | (Entered: 05/11/2007) |
|---|---|---|
| 05/11/2007 | 44 | Submission Order Entered On 5/11/2007 (RE: related document(s)36 Rule 9007-1 Motion/Notice/Objection filed by Trustee Curtis C. Reding). Joint Stipulation of Facts due by 6/15/2007. Brief due by 6/15/2007. (DH, ) (Entered: 05/11/2007) |
| 05/13/2007 | 45 | BNC Certificate of Service - See Image Attached - (RE: related document(s)43 Order On Rule 9007-1 Motion). No. of Notices: 2. Service Date 05/13/2007. (Admin.) (Entered: 05/14/2007) |
| 05/13/2007 | 46 | BNC Certificate of Service - See Image Attached - (RE: related document(s)44 Scheduling Order). No. of Notices: 2. Service Date 05/13/2007. (Admin.) (Entered: 05/14/2007) |
| 05/14/2007 | 47 | Order Granting Application to Approve Professional Fees-(THIS ORDER HAS BEEN REDOCKETED TO CORRECTLY ENTER FEE INFORMATION)(Related Doc # 32) Granting for David-CR G. Poston, fees awarded: $4500.00, expenses awarded: $0.00 Entered On 5/14/2007. (DAW, ) (Entered: 05/14/2007) |
| 05/22/2007 | 48 | Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada NA / HSBC Card Services III (Claim No. 12) To eCAST Settlement Corporation Filed by Alane A. Becket on behalf of eCAST Settlement Corporation. (Becket, Alane) (Entered: 05/22/2007) |
| 05/22/2007 | 49 | Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada NA / HSBC Card Services III (Claim No. 11) To eCAST Settlement Corporation Filed by Alane A. Becket on behalf of eCAST Settlement Corporation. (Becket, Alane) (Entered: 05/22/2007) |
| 05/22/2007 | 50 | Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada NA / HSBC Card Services III (Claim No. 13) To eCAST Settlement Corporation Filed by Alane A. Becket on behalf of eCAST Settlement Corporation. (Becket, Alane) (Entered: 05/22/2007) |
| 05/25/2007 | 51 | BNC Certificate of Mailing - Transfer of Claim . No. of Notices: 1. Service Date 05/25/2007. (Admin.) (Entered: 05/26/2007) |

| 05/25/2007 | 52 | BNC Certificate of Mailing - Transfer of Claim . No. of Notices: 1. Service Date 05/25/2007. (Admin.) (Entered: 05/26/2007) |
|---|---|---|
| 05/25/2007 | 53 | BNC Certificate of Mailing - Transfer of Claim . No. of Notices: 1. Service Date 05/25/2007. (Admin.) (Entered: 05/26/2007) |
| 06/14/2007 | 54 | Stipulation Between Trustee Curtis C. Reding and Debtor on Trustee's Motion to Modify Plan. Filed by David-CR G. Poston, Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)40 Objection, filed by Debtor Steven D. Baxter, Joint Debtor Wendy Baxter, 36 Rule 9007-1 Motion/Notice/Objection filed by Trustee Curtis C. Reding, 44 Scheduling Order). (McKinney, Sabrina) (Entered: 06/14/2007) |
| 06/15/2007 | 55 | Brief */ Debtors' Brief In Support Of Debtors' Position That Settlement Proceeds Remains Property Of The Debtors* Filed by Michael-AH D. Brock on behalf of Steven D. Baxter, Wendy Baxter (RE: related document(s)54 Stipulation, filed by Trustee Curtis C. Reding, 44 Scheduling Order). (Brock, Michael-AH) (Entered: 06/15/2007) |
| 06/15/2007 | 56 | Trustee's Brief *in Support of Trustee's Motion to Modify Plan* Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)40 Objection, filed by Debtor Steven D. Baxter, Joint Debtor Wendy Baxter, 36 Rule 9007-1 Motion/Notice/Objection filed by Trustee Curtis C. Reding, 44 Scheduling Order). (McKinney, Sabrina) (Entered: 06/15/2007) |
| 06/18/2007 | 57 | AMENDED Schedules B, C, Filed by Michael-AG D. Brock on behalf of Steven D. Baxter, Wendy Baxter. (Attachments: # 1 Amended Schedules B and C) (Brock, Michael-AG) (Entered: 06/18/2007) |
| 08/21/2007 | 58 | MEMORANDUM DECISION/OPINION - Authored by Judge Dwight Williams. Entered On 8/21/2007 (RE: related document(s)36 Rule 9007-1 Motion/Notice/Objection filed by Trustee Curtis C. Reding). (DH, ) (Entered: 08/21/2007) |
| 08/21/2007 | 59 | Order Granting Trustee's Motion to Modify (Related Doc #36) Rule 9007-1 Motion to Modify Plan Post Confirmation Entered On 8/21/2007. (DH, ) (Entered: 08/21/2007) |
| 08/23/2007 | 60 | BNC Certificate of Service - See Image Attached - (RE: related document(s)58 Opinion). No. of Notices: 2. Service Date |

|  |  | 08/23/2007. (Admin.) (Entered: 08/24/2007) |
|---|---|---|
| 08/23/2007 | 61 | BNC Certificate of Service - See Image Attached - (RE: related document(s)59 Order On Rule 9007-1 Motion). No. of Notices: 2. Service Date 08/23/2007. (Admin.) (Entered: 08/24/2007) |
| 08/29/2007 | 62 | Trustee's Motion to Alter, Amend or Vacate Order *and to Reconsider Memorandum Decision on Trustee's Motion to Modify Plan.* Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)59 Order On Rule 9007-1 Motion, 58 Opinion). (McKinney, Sabrina) (Entered: 08/29/2007) |
| 08/29/2007 | 63 | Notice of Telephone Hearing Set (RE: related document(s)62 Motion to Alter, Amend or Vacate Order and to Reconsider Memorandum Decision on Trustee's Motion to Modify Plan. Hearing scheduled for 9/10/2007 at 01:45 PM at Telephone Hearing. (JV) (Entered: 08/29/2007) |
| 08/31/2007 | 64 | Motion to Alter, Amend or Vacate Order *Granting Trustee's Motion to Modify Plan* Filed by Michael-AG D. Brock on behalf of Steven D. Baxter, Wendy Baxter (RE: related document(s)59 Order On Rule 9007-1 Motion). (Brock, Michael-AG) (Entered: 08/31/2007) |
| 08/31/2007 | 65 | Notice of Telephone Hearing Set (RE: related document(s)64 Motion to Alter, Amend or Vacate Order). Hearing scheduled for 9/10/2007 at 01:45 PM at Telephone Hearing. (JV, ) (Entered: 08/31/2007) |
| 08/31/2007 | 66 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)63 Telephone Hearing). No. of Notices: 2. Service Date 08/31/2007. (Admin.) (Entered: 09/01/2007) |
| 09/02/2007 | 67 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)65 Telephone Hearing). No. of Notices: 2. Service Date 09/02/2007. (Admin.) (Entered: 09/03/2007) |
| 09/10/2007 | 68 | Order Denying Motions To Reconsider Related Doc # 62Motion To Amend, Related Doc # 64Motion To Amend Entered On 9/10/2007. (DH, ) (Entered: 09/10/2007) |
| 09/12/2007 | 69 | BNC Certificate of Service - See Image Attached - (RE: related |

|  |  |  |
|---|---|---|
|  |  | document(s)68 Order on Motion to Amend, ). No. of Notices: 2. Service Date 09/12/2007. (Admin.) (Entered: 09/13/2007) |
| 09/18/2007 | 70 | Trustee's Notice of Appeal . Fee Amount $255. Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)59 Order On Rule 9007-1 Motion, 68 Order on Motion to Amend,, 58 Opinion). Appellant Designation due by 9/28/2007. Transmission of Designation Due by 10/9/2007. (McKinney, Sabrina) (Entered: 09/18/2007) |
| 09/18/2007 | 71 | Receipt of Notice of Appeal(06-10672) [appeal,ntcapl] ( 255.00) filing fee. Receipt number 2446944, amount $ 255.00. (U.S. Treasury) (Entered: 09/18/2007) |
| 09/18/2007 | 72 | NOTED SUBMISSION ERROR - INCORRECT DOCKET EVENT - REDOCKETED AT REL DOC #74 Trustee's Certification of Direct Appeal to Court of Appeals Filed by Sabrina L. McKinney on behalf of Curtis C. Reding. (Attachments: # 1 Exhibit Exhibit A - Memorandum Decision# 2 Exhibit Exhibit A-1 Order on Trustee's motion to modify plan)(McKinney, Sabrina) Modified on 9/19/2007 (DS, ). (Entered: 09/18/2007) |
| 09/18/2007 | 73 | Request for Transcript re: Appeal Filed by Sabrina L. McKinney on behalf of Curtis C. Reding. Transcript Due by 10/18/2007. (McKinney, Sabrina) (Entered: 09/18/2007) |
| 09/18/2007 | 74 | Appellant's Request for Certification of Direct Appeal to Circuit Court Filed by Sabrina L. McKinney on behalf of Curtis C. Reding. (Attachments: # 1 Exhibit A - Memorandum Decision# 2 Exhibit A-1 Order on Trustee's motion to modify plan)(DS, ) Modified text on 9/19/2007 (DS, ). (Entered: 09/19/2007) |
| 09/19/2007 | 75 | Notice Service of Notice of Appeal. Civil Action Number: Filed by (RE: related document(s)70 Notice of Appeal, filed by Trustee Curtis C. Reding). (Attachments: # 1 Instructions for Appellant)(DS, ) (Entered: 09/19/2007) |
| 09/24/2007 | 76 | Transcript Filed -Baxter 05-09-07- will be held from public until Redaction Deadlines have passed. (RLW, ) (Entered: 09/24/2007) |
| 09/24/2007 | 77 | Transcript Filed - Baxter - 09-10-07 - will be held from public until Redaction Deadlines have passed. (RLW, ) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 09/24/2007)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| 09/24/2007 | 78 | A transcript has been filed for the hearing held on 05/09/07. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for five business days from the date of filing. All parties have five business days to file a Request for Redaction of any social security numbers, financial account data, names of minor-age children, dates of birth, and home addresses. If redaction is requested, the filing party has 21 calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. If no request is filed, the transcript will be made electronically available to the general public. You may view a copy of the transcript by visiting the Office of the Clerk of Court at One Church Street, Montgomery, AL or you may purchase a copy by calling the Clerk of Court at 334-954-3800.. Request for Redaction must be filed by 10/1/2007. List of Items to be Redacted must be filed by 10/15/2007. (RLW, ) (Entered: 09/24/2007) |
| 09/24/2007 | 79 | A transcript has been filed for the hearing held on 09/10/07. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for five business days from the date of filing. All parties have five business days to file a Request for Redaction of any social security numbers, financial account data, names of minor-age children, dates of birth, and home addresses. If redaction is requested, the filing party has 21 calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. If no request is filed, the transcript will be made electronically available to the general public. You may view a copy of the transcript by visiting the Office of the Clerk of Court at One Church Street, Montgomery, AL or you may purchase a copy by calling the Clerk of Court at 334-954-3800.. Request for Redaction must be filed by 10/1/2007. List of Items to be Redacted must be filed by 10/15/2007. (RLW, ) (Entered: 09/24/2007) |
| 09/25/2007 | 80 | Order Denying Certification of Direct Appeal Entered On 9/25/2007 (RE: related document(s)74 Request for Certification of Direct Appeal to Circuit Court, filed by Trustee Curtis C. Reding). (YP, ) (Entered: 09/25/2007)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |

| | | |
|---|---|---|
| 09/26/2007 | 82 | BNC Certificate of Service - See Image Attached - (RE: related document(s)78 Notice of Transcript Filed, , , , ). No. of Notices: 4. Service Date 09/26/2007. (Admin.) (Entered: 09/27/2007) |
| 09/26/2007 | 83 | BNC Certificate of Service - See Image Attached - (RE: related document(s)79 Notice of Transcript Filed, , , , ). No. of Notices: 4. Service Date 09/26/2007. (Admin.) (Entered: 09/27/2007) |
| 09/27/2007 | 84 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)70 Notice of Appeal, filed by Trustee Curtis C. Reding). Appellee designation due by 10/9/2007. (McKinney, Sabrina) Additional attachment(s) added on 9/28/2007 (DAW, ). (Entered: 09/27/2007) |
| 09/27/2007 | 85 | BNC Certificate of Service - See Image Attached - (RE: related document(s)80 Order Denying Certification of Direct Appeal). No. of Notices: 2. Service Date 09/27/2007. (Admin.) (Entered: 09/28/2007) |
| 09/28/2007 | 86 | Supplemental Order Denying Trustee's Motion To Reconsider Entered On 9/28/2007 RE: related document(s)68 Order on Motion to Amend,. (DH, ) (Entered: 09/28/2007) |
| 09/30/2007 | 87 | BNC Certificate of Service - See Image Attached - (RE: related document(s)86 Order). No. of Notices: 2. Service Date 09/30/2007. (Admin.) (Entered: 10/01/2007) |
| 10/10/2007 | 88 | Transmittal of Record on Appeal to U.S. District Court *(E-mailed)* Filed by (RE: related document(s)70 Notice of Appeal, filed by Trustee Curtis C. Reding). (DS, ) (Entered: 10/10/2007) |