IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN D. BAXTER and | ) | Chapter 13 Case No. 06-10672-DHW |
| WENDY BAXTER, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| CURTIS C. REDING, STANDING | ) | |
| CHAPTER 13 TRUSTEE FOR THE | ) | |
| MIDDLE DISTRICT OF ALABAMA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **Case No. 1:07-cv-913-WKW** |
| | ) | |
| STEVEN D. BAXTER and | ) | |
| WENDY BAXTER, | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

Upon consideration of the appellant's Supplement to Designation of Items to be Included in the Record and Statement of Issues on Appeal (Doc. # 5), which the court deems as a motion to amend the designation, it is ORDERED that the motion is GRANTED.

DONE this 19th day of October, 2007.

                                            /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE