IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CURTIS C. REDING, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| APPELLANT, | ) |
| | ) |
| VS. | ) CASE #: 1:07-CV-913 |
| | ) |
| STEVEN BAXTER, & | ) |
| WENDY BAXTER, | ) |
| | ) |
| APPELLEES. | ) |

## CONFLICT DISCLOSURE STATEMENT

The following Conflict Disclosure Statement is filed pursuant to Fed. R. Civ. P. 7.1 on behalf of Steven and Wendy Baxter, Appellees in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The Appellees make the following disclosures:

**A.   Corporate Disclosure Statement**

None, the Appellees are individuals.

**B.   Other Reportable Relationships**

None.

Respectfully submitted this 30th day of NOV., 2007

BROCK & STOUT

_____
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Curtis C. Reding, Chapter 13 Trustee, ℅ Sabrina L. McKinney, Esq., Staff Attorney for Trustee / Appellant, via electronic mail at mckinneys@ch13mdal.com, this 30th day of Nov., 2007.

_____
David G. Poston