IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STEVE D. BAXTER & WENDY BAXTER, ) | Bankruptcy Case No. 06-10672 |
| ) | |
| Debtors, ) | |
| _____) | |
| ) | |
| CURTIS C. REDING, STANDING ) | |
| CHAPTER 13 TRUSTEE FOR THE MIDDLE ) | |
| DISTRICT OF ALABAMA, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-913-WKW |
| ) | |
| STEVEN D. BAXTER & WENDY BAXTER, ) | |
| ) | |
| Appellees. ) | |

**<u>ORDER</u>**

The Trustee in this case appeals an order of the Bankruptcy Court for the Middle District of Alabama. Debtors Steven and Wendy Baxter filed a Chapter 13 Bankruptcy petition, and after the confirmation of their plan, they instituted an adversary proceeding alleging their credit card company violated the automatic stay. The parties to the adversary proceeding settled the controversy. The Trustee moved to modify the bankruptcy plan. After the parties briefed the issues, the bankruptcy court concluded that the settlement proceeds were not property of the estate but, nevertheless, were disposable income due to be paid to the Trustee for the benefit of unsecured creditors. The bankruptcy court entered an order

granting the Trustee's Motion to Modify and requiring the Debtors to "pay the settlement proceeds to the trustee as disposable income for the benefit of the unsecured creditors." (Doc. # 2-25.)  The Trustee subsequently filed a motion to alter or amend, seeking a ruling that the settlement proceeds are assets of the estate, which was denied.

It appears that there may not a justiciable controversy here, considering that the bankruptcy court granted the Trustee's motion to modify and ordered the Debtors to pay the settlement proceeds to the Trustee for the benefit of the unsecured creditors.  The Trustee did not address the justiciability of the appeal in his brief, and the Debtors, who are the appellees in this action, did not file a response brief.  In an abundance of caution, the court requests additional briefing from the Trustee on the issue of its standing to press this appeal and whether there is a justiciable controversy.

Accordingly, it is ORDERED that the Trustee shall file **on or before June 9, 2008,** a supplemental brief regarding (1) whether he has standing to press this appeal and (2) whether this appeal presents a justiciable controversy

DONE this 14th day of May, 2008.

    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE